Woods *v.* Murraysville Telephone Company et al., Appellants.

Argued November 14, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Robert C. Little,* with him *Burns & Manley,* for appellants.

*Robert Y. Cassol,* with him *Bernard Redlich,* for appellee.

OPINION PER CURIAM, April 12, 1962:

The judgment of the court of Westmoreland County is affirmed on the opinion of Judge L. ALEXANDER SCULCO, for the court below, reported at 26 Pa. D. & C. 2d 589.